# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID McCREARY,** | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : |
| **ICAHN AUTOMOTIVE GROUP, LLC** | : NO. 21-168 |
| **d/b/a PEP BOYS AUTO SERVICE &** | : |
| **TIRE,** | : |
| Defendant. | : |

## ORDER

**AND NOW**, this <u>16th</u> day of February 2022, upon consideration of Plaintiff's Notice of Voluntary Dismissal (ECF No. 9), **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED WITH PREJUDICE**, without costs, pursuant to Local Rule 41.1(b) and the agreement of counsel.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT**:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.